# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00674-CV

**Baldev Corporation, a Texas Corporation; Digant Ishwarlal Patel, a/k/a Digesh Patel; Shilu Patel, A/K/A Shilu Ishwarlal Patel, Individually; Maruti Limited Partnership, a Texas Limited Partnership; SS Management, LLC, a Texas Limited Liability Company; and Marutinandan, Inc., a Texas Corporation, Appellants**

**v.**

**The State of Texas; The City of Alvin, Texas; and
The County of Brazoria, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GV-09-002481, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellants have filed a motion requesting that their appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed on Appellants' Motion

Filed:   November 19, 2010